**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AIMEE KRAUSE, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:21-cv-01938 |
| v. | ) ) | Hon. Elaine E. Bucklo |
| ROCKETRREACH, LLC a Wyoming limited liability company, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT ROCKETRREACH LLC'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, RocketReach LLC ("Defendant"), by its attorneys, requests additional time, until June 7, 2021, to respond to the class action complaint of plaintiff, Aimee Krause ("Plaintiff"). In support of this motion, Defendant states:

1.     On April 12, 2021, Plaintiff filed her class action complaint under the Illinois Right of Publicity Act (Dkt. 1), and on April 15, 2021, Defendant received the summons and complaint. The deadline for Defendant to respond to the complaint is May 6, 2021.

2.     Defendant recently retained counsel in Illinois to represent it in this case. To allow Defendant's counsel time to investigate the case and the allegations in the complaint, Defendant seeks additional time, until June 7, 2021, to answer or otherwise plead to the complaint.

3.     On April 30, 2021, Steven Baron, counsel for Defendant, communicated with Ari Scharg, counsel for Plaintiff, to request for an extension, and counsel for Plaintiff indicated that Plaintiff did not oppose this extension.

WHEREFORE, for the reasons stated above, defendant RocketReach LLC requests an extension of time, to and including June 7, 2021 to answer or otherwise plead to the complaint, and for any further relief the Court deems proper.

Respectfully submitted,

April 30, 2021                                    ROCKET REACH LLC


By: /Steven L. Baron

Steven L. Baron (ARDC # 6200868)
Brendan J. Healey (ARDC #6243091)
Baron Harris Healey
150 South Wacker Drive
Suite 2400
Chicago, Illinois 60606
Tel: 312-741-1027
sbaron@bhhlawfirm.com
bhealey@bhhlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on April 30, 2021 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/  Steven L. Baron