# EXHIBIT 1

EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| AIMEE KRAUSE, individually and on behalf of all others similarly situated, | ) | |
| | ) | Case No. 21-cv-1938 |
| Plaintiff, | ) | |
| | ) | Honorable Elaine E. Bucklo |
| v. | ) | |
| | ) | |
| ROCKETREACH, LLC, a Wyoming limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF CHRISTOPHER LONG**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am Head of Product at RocketReach, LLC. In that role, I am responsible for the RocketReach.co product, and I am familiar with the layout and operation of the RocketReach.co website (the "Website").

2. In this Declaration, I describe the appearance and operation of the Website as of April 12, 2021.

3. After entering https://rocketreach.co into an Internet browser, a user would see the following screen:



4. If the user entered a name into the white search box and clicked "Try it for free," the following page would appear:



5. After the user clicks "Next," the following screen would appear requiring the user to sign up to continue:




6. A user could create a free account by completing this form and verifying his or her e-mail address by responding to an automated e-mail message.

7. A user who created a free account could then return to the Website, log in to the free account, search the database, and preview search results.

8. A user could enter a name into the top search bar. The following image shows results after searching for "Scott Kim." The yellow number 5 at the top of the screen indicates that the user has five lookups remaining.



9. The following image shows the profile for RocketReach CEO Scott Kim after the user clicks "Get Contact." The yellow number 4 at the top of the screen indicates that the user now has four lookups remaining.




I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2021

Christopher Long