**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AIMEE KRAUSE, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ROCKETRREACH, LLC a Wyoming limited liability company, )<br><br>Defendant. ) | Case No. 1:21-cv-01938<br><br>Hon. Elaine E. Bucklo |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Friday, June 11, 2021** at **9:45 am** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Elaine E. Bucklo or any judge sitting in her stead in Courtroom 2243 of the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present **Defendant RocketReach LLC's Rule 12(b)(6) Motion to Dismiss**, a copy of which is served upon you with this notice.

Respectfully submitted,

June 7, 2021

ROCKET REACH LLC

By: /s/ Steven L. Baron

Steven L. Baron (ARDC # 6200868)
Brendan J. Healey (ARDC #6243091)
Sharon R. Albrecht (ARDC##6288927)
Baron Harris Healey
150 South Wacker Drive
Suite 2400
Chicago, Illinois 60606
Tel: 312-741-1027
sbaron@bhhlawfirm.com
bhealey@bhhlawfirm.com
salbrecht@bhhlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2021, I electronically filed the **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Steven L. Baron