# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AIMEE KRAUSE, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | Case No. 21-cv-01938 |
| v. | Honorable Elaine E. Bucklo |
| ROCKETREACH, LLC, a Wyoming limited liability company, | |
| *Defendant*. | |

## REPORT OF THE PARTIES' PLANNING MEETING

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 6, 2021 via video conference and was attended by Ari Scharg and Ben Thomassen (for Plaintiff) and Steve Baron and Brendan Healey (for Defendant).

2. **Pretrial Schedule.** The parties jointly propose to the court the following discovery plan:

| | |
|---|---|
| Plaintiff to amend pleadings by: | January 18, 2022 |
| Plaintiff to add additional parties by: | January 18, 2022 |
| Defendant to amend pleading by: | February 18, 2022 |
| Defendant to add any additional parties by: | February 18, 2022 |

3. **Discovery.**

   Discovery will be needed on the following subjects:

   Plaintiff will seek oral and written discovery regarding Defendant's data use practices, its communications (if any) with the class members whose data is used on the site, and information about the composition of the putative class. Plaintiff further anticipates issuing subpoenas to any third parties that (i) supply class member data to Defendant or (ii) track Defendant's use of class member data on or in connection with the RocketReach service and website.

   Defendant will seek oral and written discovery regarding the claim of the class Plaintiff that her identity was used for a commercial purpose without her consent, how she discovered and interacted with Defendant's website, and other data and social media

sites, and any claim of actual damages. Defendant may seek oral and written discovery from absent class members, if necessary, on the subjects listed above and on issues relating to class certification. Defendant further anticipates issuing subpoenas to third-party websites with whom Plaintiff interacted and consented to the sharing of information about her for advertising or commercial purposes.

**a)** Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by November 15, 2021. Fact discovery to be commenced in time to be completed by May 18, 2022.

**b)** Plaintiff expects that she will need approximately 5 depositions (including third party depositions, but not including any expert depositions). Defendant expects that it will need approximately 5 depositions.

**c)** Reports from retained experts under Rule 26(a)(2) are due:

| | |
|---|---|
| Date for Plaintiff to comply with FRCP26(a)(2): | June 15, 2022 |
| Date for Defendant to comply with FRCP 26(a)(2): | August 10, 2022 |
| All expert discovery to be completed by: | September 7, 2022 |

**d)** Class certification and dispositive motions:

| | |
|---|---|
| Plaintiff's deadline to move for class certification: | October 5, 2022 |
| Defendant's deadline to respond to motion for class certification: | November 2, 2022 |
| Plaintiff's deadline to file reply brief in support of motion for class certification: | December 2, 2022 |
| Deadline for dispositive motions: | Four weeks following the Court's order on class certification |

**e)** Final pretrial order: Plaintiff to prepare a proposed draft four weeks following the Court's order on any dispositive motions or, if no dispositive motions are filed, six weeks following the Court's order on class certification. Parties to file joint pretrial order two weeks thereafter.

**f)** The case should be ready for trial two weeks following the final pretrial conference and at this time is expected to take approximately 5 days.

4. **Settlement.** The parties are in the process of exchanging written settlement communications.

5. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Dated: October 11, 2021

Respectfully Submitted,

| | |
|---|---|
| **AIMEE KRAUSE,** individually and on behalf of all others similarly situated, | **ROCKETREACH, LLC** |
| By: /s/ Benjamin S. Thomassen<br>One of Plaintiff's Attorneys | By: /s/ Steven L. Baron [with permission]<br>One of its attorneys |
| Benjamin H. Richman<br>brichman@edelson.com<br>Ari J. Scharg<br>ascharg@edelson.com<br>Benjamin S. Thomassen<br>bthomassen@edelson.com<br>Albert J. Plawinski<br>aplawinski@edelson.com<br>EDELSON PC<br>350 N. LaSalle St., 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | Steven L. Baron (ARDC #6200868)<br>sbaron@bhhlawfirm.com<br>Brendan J. Healey (ARDC #6243091)<br>bhealey@bhhlawfirm.com<br>Sharon R. Albrecht (ARDC #6288927)<br>salbrecht@bhhlawfirm.com<br>BARON HARRIS HEALEY<br>150 South Wacker Drive, Suite 2400<br>Chicago, IL 60606<br>Tel: 312.741.1030<br><br>*Attorneys for Defendant* |
| *Attorneys for Plaintiff and the Class* | |