## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

AIMEE KRAUSE, individually and on behalf
of all others similarly situated,

                *Plaintiff*,

*v.*

ROCKETREACH, LLC, a Wyoming limited
liability company,

                *Defendant*.

Case No. 21-cv-01938

Honorable Elaine E. Bucklo

## JOINT STATUS REPORT

Pursuant to the Magistrate Judge Gilbert's December 1, 2021 order, (dkt. 40), and Standing Order on Settlement Conferences, counsel for Plaintiff Aimee Krause and Defendant RocketReach, LLC have conferred regarding an early exchange of information relevant to potential settlement. Subject to the Court's approval, the Parties recommend the following:

1.      The Parties will exchange information necessary to evaluate settlement by **December 22, 2021**.

2.      Plaintiff will serve her proposed settlement demand and pre-settlement conference letter by **January 14, 2022**.

3.      Defendant will serve its counter proposal and pre-settlement conference letter by **February 4, 2022**.

4.      The Parties will appear before Magistrate Judge Gilbert in early February 2022, or at such other time is convenient for the Court, to set a date for a settlement conference.

Respectfully Submitted,

**AIMEE KRAUSE,** individually and on behalf of all others similarly situated,

Dated: December 15, 2021                     By: /s/Benjamin S. Thomassen
                                       One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Albert J. Plawinski
aplawinski@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Class*

**ROCKETREACH, LLC,**

Dated: December 15, 2021                     By: /s/Steven L. Baron (with permission)
                                       One of Defendant's Attorneys

Steven L. Baron (ARDC #6200868)
sbaron@bhhlawfirm.com
Brendan J. Healey (ARDC #6243091)
bhealey@bhhlawfirm.com
Sharon R. Albrecht (ARDC #6288927)
salbrecht@bhhlawfirm.com
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: 312.741.1030

Attorneys for Defendant