IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AIMEE KRAUSE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ROCKETREACH, LLC, a Wyoming limited liability company,<br><br>*Defendant*. | Case No. 21-cv-01938<br><br>Honorable Lindsay C. Jenkins |

## UNOPPOSED MOTION TO MODIFY
## DATES IN PRELIMINARY APPROVAL ORDER

Plaintiff Aimee Krause ("Plaintiff"), by and through her undersigned counsel, hereby respectfully requests that the Court enter an Order modifying certain dates and deadlines in the Court's preliminary approval order. (Dkt. 87.) In support of this motion, Plaintiff states as follows:

1.    On April 11, 2023, the Court entered an Order preliminarily approving the proposed class action settlement of this matter, directing that notice be sent to the Settlement Class, and appointing Simpluris as the Settlement Administrator.[1] (Dkt. 87, the "Preliminary Approval Order.") The Preliminary Approval Order includes certain dates and deadlines by which events related to the Settlement are to occur. This includes the implementation of a Notice plan, with later deadlines keyed off of the date Notice is sent to the class, and culminating with a Final Approval Hearing scheduled for August 23, 2023.

2.    Since the Preliminary Approval Order's entry, Plaintiff has worked with

---

[1]    Unless otherwise defined, all capitalized terms have the meaning ascribed to them in the Settlement Agreement. (Dkt. 77-1.)

1

Defendant and the Settlement Administrator to finalize the Settlement Class List, validate the Settlement Class's contact information, finalize the form of Notice to be sent, and establish and update the Settlement Website. To allow the Settlement Administrator the time it reasonably needs to finish appending and updating any contact information still missing from the Settlement Class List and not available otherwise available via Defendant's records, Plaintiff respectfully requests that the Notice Date called for in the Preliminary Approval Order be moved two weeks, to May 19, 2023, with the related deadlines receiving a commensurate extension.

3. Specifically, Plaintiff proposes that the following dates in the Preliminary Approval Order be modified.[2] For clarity, the relevant currently scheduled deadlines are also included.

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Notice Date | May 2, 2023 | May 16, 2023 |
| Plaintiff's Deadline to File Fee Petition | June 19, 2023 | July 3, 2023 |
| Claims/Objection/Exclusion Deadline | July 3, 2023 | July 17, 2023 |
| Plaintiff's Deadline to File Motion for Final Approval | August 7, 2023 | August 21, 2023 |
| Final Approval Hearing | August 23, 2023 | September 6, 2023 (or a time thereafter convenient for the Court) |

4. To be clear, the duration in between each of the forgoing events is not being modified, meaning that Settlement Class Members will have the same amount of time to evaluate how they'd like to participate in the Settlement. Rather, it is only the initial Notice Date and the deadlines that are keyed off that date that Plaintiff is requesting be contemporaneously extended.

---

[2] Plaintiff notes that the Court's April 11, 2023 minute order, (dkt. 86), contains different dates for several of these deadlines. Plaintiff understands the more recent Preliminary Approval Order, (dkt. 87), as well as any subsequent order granting the relief requested herein, to supersede the initial minute order.

Besides these dates, Plaintiff is not seeking to modify any other element of the Preliminary Approval Order. Should this Motion be granted, Plaintiff will make sure that these updated dates are included in the Notice and posted, along with any resulting order, on the Settlement Website.

5. Prior to filing this motion, Plaintiff's counsel conferred with counsel for Defendant, and Defendant has no objection to the request.

6. Plaintiff respectfully submits that good cause exists to grant the requested relief, and that is not being sought for any improper purpose, but rather to ensure that the Notice is sent directly to as many Settlement Class Members as possible.

**WHEREFORE**, Plaintiff Aimee Krause respectfully requests that the Court enter an Order (i) modifying the dates in the Preliminary Approval Order, (dkt. 87), to adopt the deadlines as set forth herein, and (ii) granting any such other and further relief as the Court deems reasonable and just.

Respectfully Submitted,

**AIMEE KRAUSE,** individually and on behalf of all others similarly situated,

Dated: May 2, 2023

By: /s/ Michael Ovca
One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Ari J. Scharg
ascharg@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
Michael W. Ovca
movca@edelson.com
EDELSON PC
350 N. LaSalle St., 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Philip Fraietta
pfraietta@bursor.com
Bursor & Fisher, P.A.
888 7th Ave
New York, NY 10019
Tel: 646.837.7150

*Attorneys for Plaintiff and the Settlement Class*