# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Aimee Krause
                            Plaintiff,

v.                                            Case No.: 1:21−cv−01938
                                                          Honorable Lindsay C. Jenkins

RocketReach, LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 12, 2023:

       MINUTE entry before the Honorable Lindsay C. Jenkins: Fairness hearing held. For the reasons stated on the record, Plaintiff's motion for final approval of class action settlement [94] is granted. Plaintiff's motion for attorneys' fees, expenses and incentive awards [91] is granted. Order shall follow. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.